*Use this form if you are asking the court (not the BOP) for compassionate release from prison. Please make sure the form is typed or neatly written. Once you complete the form, mail it to the clerk of the United States District Court where you were sentenced.*

*34*

## UNITED STATES DISTRICT COURT

### FOR THE

_EASTERN_ DISTRICT OF _MICHIGAN_

**F I L E D**

**NOV 2 9 2021**

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | **Case No.** _5:17CR20756(1)_ <br> (write the number of your criminal case) |
| v. | **MOTION FOR SENTENCE REDUCTION UNDER** <br> **18 U.S.C. § 3582(c)(1)(A)** <br> **(Compassionate Release)** <br> (*Pro Se* Prisoner) |
| _TRACE ROD STEWART_ <br> Write your full name here. | |

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☑ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6

## I.      SENTENCE INFORMATION

Date of sentencing:                    _Feb 7, 2019_

Term of imprisonment imposed:    _155 Mos._

Approximate time served to date:    _4 yrs_

Projected release date:               _Aug 11, 2029_

Length of Term of Supervised Release:    _5 yrs_

Have you filed an appeal in your case?

☐ Yes

☑ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☑ No

## II.     EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on
_Sep 2021_

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☑ Yes, my request was denied by the warden on (date): _Oct 7, 2021_.

☐ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

## A.  Are you 70 years old or older?

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☑ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☑ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☑ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

Defendant was diagnosed with prostate cancer in 2018. Several months ago the B.O.P Medical staff deemed it necessary to transfer defendant to the Federal Medical Center in Butner N.C. to undergo radiation treatment to combat his cancer. Defendant is unvaccinated (for the Coronavirus) and he now has a compromised immune system which makes him highly susceptible to suffering a more serious consequence should he contract the coronavirus [FMC-Butner has been a hotbed for the coronavirus as it is situated on a parcel of land alongside four additional federal prisons, with the community at large a hotbed as well.]

## IV.    ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Additional medical information | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |
| | ☐ Yes | | ☐ Yes | ☐ No |

## V.   REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI.   MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

11-3-21
Date

_Signature_

TRACE ROD STEWART
Name

# 71200-050
Bureau of Prisons Register #

Federal Medical Center - Butner
Bureau of Prisons Facility

P.O. Box 1600   Butner, NC 27509
Institution's Address

Page 6 of 6

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT

## FOR THE

_EASTERN_ DISTRICT OF _MICHIGAN_

UNITED STATES OF AMERICA

v.

Case No. _5:17 CR 20756 (1)_
(write the number of your criminal case)

_TRACE ROD STEWART_
Write your full name here.

### PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

1 TULIP CT.  MONROE, NJ  08831

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

ALENE STEWART  ph.# (732) 605-9513  Mother

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

TAJAHN JONES  26 yrs old  Nephew
JERRY JONES  78 yrs old  Father

If you have employment secured, provide the name and address of your employer and describe your job duties:

· S & M TRANSPORT  EDISON, NJ
· TRUCK DRIVER with deliveries in the North-East region

List any additional housing or employment resources available to you:

1001 OLD BRIDGE TURNPIKE  EAST BRUNSWICK, NJ 08861
SEAN TAPPAN - Nephew

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

    ☐ Yes

    ☑ No

Will you have access to health insurance if released?

    ☑ Yes

    ☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

_Blue Cross - Blue Shield_

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

    ☐ Yes

    ☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

    ☐ Yes

    ☐ No

If yes, please include them with your motion. If no, where are the records located?

_All up-to-date medical records are maintained by the Health Services Dept. at FMC-Butner_

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☑ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Bicalutamide      50 mg      One tablet per day

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☑ No

If yes, list equipment:

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☑ No

If yes, please list the required assistance and how it will be provided:

Do you require assisted living?

☐ Yes

☑ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

   ☑ Yes

   ☐ No

Do you have other community support that can assist with your medical needs?

   ☑ Yes

   ☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

*Tiara English, niece    36 yrs old*

_____

Will you have transportation to and from your medical appointments?

   ☑ Yes

   ☐ No

Describe method of transportation:

*Family vehicles*

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**SIGNATURE**

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

_11-3-21_
Date

_Trace R Stewart_
Signature

_TRACE ROD STEWART_
Name

_# 71200 - 050_
Bureau of Prisons Register #

_Federal Medical Center — BUTNER_
Bureau of Prisons Facility

_P.O. Box 1600  BUTNER, NC  27509_
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
_Eastern_ DISTRICT OF _MICHIGAN_

UNITED STATES OF AMERICA

v.

Case No. 5:17CR20756(1)
(write the number of your criminal case)

TRACE ROD STEWART
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

### NOTICE

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☑ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

11-3-21
Date

*Signature*

TRACE ROD STEWART
Name

# 71200-050
Bureau of Prisons Register #

Federal Medical Center- BUTNER
Bureau of Prisons Facility

P.O. BOX 1600  BUTNER, NC  27509
Institution's Address



**U. S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*
*Federal Medical Center*
*P.O. Box 1600*
*Butner, North Carolina 27509*

October 7, 2021

STEWART, Trace
Reg. No.: 71200-050

Dear Mr. Stewart,

Medical staff reviewed your request for a Reduction in Sentence (RIS) to determine whether you met the RIS guidelines in accordance with Program Statement 5050.50. It has been determined that you do not meet the criteria under Terminal, Debilitated or Elderly with Medical Conditions as you do not have a terminal illness, with a life expectancy of less than 18 months and you are independent with your self-care. You also do not meet the age criteria for Elderly with Medical Conditions.

At present, there remains no change to the BOP's RIS criteria based only on possible exposure to COVID-19. The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you have legitimate concerns and fears about the spread and effects of the virus. However, without meeting any of the current RIS criteria, your concern about being potentially exposed to, or possibly contracting, COVID-19 does not currently warrant an early release from your sentence. Accordingly, your RIS request is denied at this time.

You have the right to appeal this decision via the Administrative Remedy Process. If you choose to appeal, you do not need to complete the informal review, but you would need to include a copy of this memorandum with your appeal. Any decision regarding appeal will be handled in a manner outlined in policy. Additionally, per policy you have a right to file a request for a reduction in sentence with your sentencing court after receiving a BP-11 response or the lapse of 30 days from the receipt of such a request by the Warden's Office.

We are committed to providing you with the necessary and appropriate care for your medical needs.

Sincerely,

T. Scarantino
Complex Warden

cc: AW
Medical Records
Unit Team

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STEWART, TRACE ROD | | Reg #: | 71200-050 |
| Date of Birth: | 06/25/1969 | Sex: M    Race: BLACK | Facility: | BUH |
| Note Date: | 09/13/2021 09:01 | Provider:   Allison, Ron MD | Unit: | A04 |

Admin Note - General Administrative Note encounter performed at Oncology Unit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**          Provider:   Allison, Ron MD

        Start Senna during XRT

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Senna Tablet | 09/13/2021 09:01 |
| | **Prescriber Order:**     8.6 Orally  -   daily x 60 day(s) | |
| | Indication:   Malignant neoplasm of prostate | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Allison, Ron MD on 09/13/2021 09:02

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | STEWART, TRACE ROD | | Reg #: 71200-050 |
| Date of Birth: | 06/25/1969 | Sex: M   Race: BLACK | Facility: BUH |
| Encounter Date: | 09/02/2021 11:41 | Provider: Allison, Ron MD | Unit: B03 |

Physician - Follow up Visit encounter performed at Oncology Unit.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Allison, Ron MD

Chief Complaint:   Oncology
Subjective:     Follow up
Pt seen,Chart reviewed
Full dictated note in BEMR


Gleason 7 prostate ca. PSA 62.9
Bone scan/CT are negative

Started on Lupron
Urinary frequency
PE:firm prostate

Assessment: Gleason 7 prostate ca, 62.9 PSA
Plan Start XRT, Continue Lupron, PSA

Pain:        No

**ROS:**

**Cardiovascular**
**General**
Yes: Within Normal Limits
**Pulmonary**
**Respiratory System**
Yes: Within Normal Limits
**GI**
**General**
Yes: Within Normal Limits
**GU**
**General**
Yes: Within Normal Limits

**OBJECTIVE:**

**Exam:**

**General**
**Appearance**
Yes: Appears Well
**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation
**Cardiovascular**
**Auscultation**

| Inmate Name: | STEWART, TRACE ROD | | | Reg #: | 71200-050 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1969 | Sex: | M    Race:  BLACK | Facility: | BUH |
| Encounter Date: | 09/02/2021 11:41 | Provider: | Allison, Ron MD | Unit: | B03 |

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**

**Palpation**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

**Genitourinary**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Malignant neoplasm of prostate, C61 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-P-PSA, Total | One Time | 09/03/2021 00:00 | Routine |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/02/2021 | Counseling | Diagnosis | Allison, Ron | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Allison, Ron MD on 09/02/2021 11:46

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | STEWART, TRACE ROD | | Reg #: | 71200-050 |
| Date of Birth: | 06/25/1969 | Sex: M  Race: BLACK | Facility: | BTF |
| Encounter Date: | 07/30/2021 12:44 | Provider: Allison, Ron MD | Unit: | O03 |

Physician - Consultation encounter performed at Oncology Unit.

**SUBJECTIVE:**

COMPLAINT   **1**        Provider:  Allison, Ron MD

Chief Complaint:  Oncology
Subjective:     Teleconference Consultation

Chart reviewed

Full dictated note in BEMR

Gleason 7 prostate ca. PSA 62.9

Bone scan/CT are negative

Started on Lupron

Urinary frequency

PE teleconference

Assessment: Gleason 7 prostate ca, 62.9 PSA

Pain: Consent for XRT, Continue Lupron, PSA

**Pain:**         No

**ROS:**

**Cardiovascular**
**General**
Yes: Within Normal Limits
**Pulmonary**
**Respiratory System**
Yes: Within Normal Limits
**GU**
**General**
Yes: Dysuria

**OBJECTIVE:**

**ASSESSMENT:**

Malignant neoplasm of prostate, C61 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Leuprolide Acetate Subcutaneous 45 MG 6 month | 07/30/2021 12:44 |

45mg Subcutaneously  one time x 180 day(s) Pill Line Only -- Lupron 45mg

| Inmate Name:   STEWART, TRACE ROD | | Reg #: | 71200-050 |
|---|---|---|---|
| Date of Birth:   06/25/1969 | Sex:   M   Race:   BLACK | Facility: | BTF |
| Encounter Date:  07/30/2021 12:44 | Provider:   Allison, Ron MD | Unit: | O03 |

**New Medication Orders:**

| **Rx#** | **Medication** | | **Order Date** |
|---|---|---|---|
| | **Prescriber Order:**   x2 total, second dose in 6 months | | |
| | Indication:  Malignant neoplasm of prostate | | |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-P-PSA, Total | One Time | 08/02/2021 00:00 | Routine |

**Disposition:**

Will Be Placed on Callout

**Other:**

Transfer to FMC

Obtain actual Path reports

PSA

Lupron 45mg x2

Start XRT

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/30/2021 | Counseling | Diagnosis | Allison, Ron | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Allison, Ron MD on 07/30/2021 12:49

## CONSULTATION REPORT

### U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| **Name:** Stewart, Trace Rod<br>**Reg. #:** 71200-050<br>**DOB:** 06/25/1969 | **Referred By:** BUTNER FCI<br>**Attending:** ALLISON, RON |
|---|---|

| CHIEF COMPLAINT: Weekly note. | | |
|---|---|---|
| Date of Visit:<br>11/01/2021 | Dictation Received:<br>11/01/2021 | Dictation Transcribed:<br>11/01/2021 |

**Sensitive but Unclassified**

**WEEKLY NOTE**

**HISTORY OF PRESENT ILLNESS:** Mr. Stewart is seen today for weekly on-treatment visit. The patient continues under radiation for Gleason 7 prostate cancer. Initial PSA 42.9.

He is doing well. No particular complaints. No GI or GU issues. He is feeling well overall.

Cumulative dose: 3960 cGy.

**PHYSICAL EXAMINATION:** Vital signs: Stable. Head and neck: Unremarkable. No palpable lymph nodes. Heart: Regular sinus rhythm. Abdomen: Benign. He is neurologically nonfocal.

**IMPRESSION:** Mr. Stewart continues under radiation for prostate cancer. He is without GI or GU complaint.

**PLAN:** As the patient is well and stable, we will deliver radiation as prescribed.

| Signature:<br>        Ron Allison, MD |
|---|

*RA*
*Electronically Signed 11/02/2021 07:43*

*Job No: 183719*

**CONSULTATION REPORT**

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| Name: | Stewart, Trace Rod | |
|---|---|---|
| Reg. #: | 71200-050 | **Referred By:** BUTNER FCI |
| DOB: | 06/25/1969 | **Attending:** BLACKBURN, RICHARD |

| CHIEF COMPLAINT: Weekly note. | | |
|---|---|---|
| Date of Visit: 10/25/2021 | Dictation Received: 10/25/2021 | Dictation Transcribed: 10/25/2021 |

Sensitive but Unclassified

**FOLLOWUP NOTE**

Mr. Stewart is seen for weekly OTB. He is receiving XRT for Gleason 7 prostate cancer with a PSA of 42.9.
**PHYSICAL EXAMINATION:** The patient denies any problem and is doing well. Skin is intact. Lungs: Clear. Heart: Regular sinus rhythm.

**IMPRESSION:** Mr. Stewart is being treated for prostate cancer without symptomatology.

**PLAN:** The patient should continue XRT as prescribed.

| Signature: |
|---|
| Richard Blackburn, DO/FACRO/MBA _____ |

*RB*
*Electronically Signed 10/26/2021 07:15*

*Job No: 507400*

## CONSULTATION REPORT

### U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| **Name:** STEWART, TRACE ROD<br>**Reg. #:** 71200-050<br>**DOB:** 06/25/1969 | **Referred By:** BUTNER FCI<br>**Attending:** ALLISON, RON |
|---|---|

Weekly Note.

| Date of Visit:<br>10/18/2021 | Dictation Received:<br>10/18/2021 | Dictation Transcribed:<br>10/18/2021 |
|---|---|---|

#### Sensitive but Unclassified

**WEEKLY NOTE**

Mr. Stewart is seen today for weekly on treatment visit.
The patient is under radiation for Gleason 7 prostate cancer, initial PSA 42.9.

He is doing well.  No GI or GU issues.  Good appetite.  Good exercise tolerance.  He is without complaint.

Cumulative dose: 3060 cGy.
**PHYSICAL EXAMINATION:** Vital signs:  Stable.  Head and Neck:  Unremarkable.  No palpable lymph nodes.
Lungs:  Clear.  Heart:  Regular sinus rhythm.  Abdomen:  Benign.  He is neurologically nonfocal.

**IMPRESSION:** Mr. Stewart is under radiation for prostate cancer.  He is without GI or GU issue.

**PLAN:** As the patient is well and stable, we will deliver radiation as prescribed.

| Signature:<br>    Ron Allison, MD |
|---|

*RA*
*Electronically Signed 10/19/2021 08:03*

*Job No: 501940*

## CONSULTATION REPORT

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| **Name:** Stewart, Trace Rod<br>**Reg. #:** 71200-050<br>**DOB:** 06/25/1969 | **Referred By:** BUTNER FCI<br>**Attending:** ALLISON, RON |
|---|---|

CHIEF COMPLAINT: Weekly note.

| Date of Visit:<br>10/12/2021 | Dictation Received:<br>10/12/2021 | Dictation Transcribed:<br>10/12/2021 |
|---|---|---|

**Sensitive but Unclassified**

**WEEKLY VISIT**
**HISTORY OF PRESENT ILLNESS:** Mr. Stewart is seen today for weekly on-treatment visit.
The patient is under radiation for Gleason 7 prostate cancer. Initial PSA 42.9.

He is without complaint.  No GI or GU issues.  Good appetite.  Good exercise tolerance. He is feeling well overall.

Cumulative dose:  2340 cGy.

**PHYSICAL EXAMINATION:** Vital signs: Stable. Head and neck: Unremarkable. No palpable lymph nodes.  Lungs: Clear.  Heart:  Regular sinus rhythm.  Abdomen:  Benign. He is neurologically nonfocal.

**IMPRESSION:** Mr. Stewart continues radiation for prostate cancer and is doing well.

**PLAN:** As the patient is well and stable, we will deliver radiation as prescribed.

| Signature:<br>        Ron Allison, MD |
|---|

*RA*
*Electronically Signed 10/13/2021 07:52*

*Job No: 059765*

## CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| **Name:** STEWART, TRACE ROD<br>**Reg. #:** 71200-050<br>**DOB:** 06/25/1969 | **Referred By:** BUTNER FCI<br>**Attending:** ALLISON, RON |
|---|---|
| Weekly Note. | |

| Date of Visit:<br>10/04/2021 | Dictation Received:<br>10/04/2021 | Dictation Transcribed:<br>10/04/2021 |
|---|---|---|

**Sensitive but Unclassified**

### WEEKLY NOTE

Mr. Stewart is seen today for weekly on treatment visit.
The patient continues under radiation for Gleason 7 prostate cancer with initial PSA 42.9.

He is doing well. Good appetite. Good exercise tolerance. No GI or GU issues. He is without complaint.

Cumulative dose: 1800 cGy.
**PHYSICAL EXAMINATION:** Vital signs: Stable. Head and Neck: Unremarkable. No palpable lymph nodes. Lungs: Clear. Heart: Regular sinus rhythm. Abdomen: Benign. He is neurologically nonfocal.

**IMPRESSION:** Mr. Stewart continues under prostate radiation and is doing well.

**PLAN:** As the patient is well and stable, we will continue radiation as prescribed.

| Signature:<br>          __Ron Allison, MD_____ |
|---|

*RA*
*Electronically Signed 10/05/2021 07:48*

*Job No: 490813*

## CONSULTATION REPORT

**U.S. DEPARTMENT OF JUSTICE**              **FEDERAL BUREAU OF PRISONS**

| **Name:**   STEWART, TRACE ROD<br>**Reg. #:**  71200-050<br>**DOB:**      06/25/1969 | **Referred By:** BUTNER FCI<br>**Attending:** ALLISON, RON |
|---|---|

| Weekly Note. | | |
|---|---|---|
| Date of Visit:<br>09/27/2021 | Dictation Received:<br>09/27/2021 | Dictation Transcribed:<br>09/27/2021 |

**Sensitive but Unclassified**

### WEEKLY NOTE

Mr. Stewart is seen today for on treatment visit.
The patient is just initiating radiation for Gleason 7 prostate adenocarcinoma, initial PSA 42.9.
He was started on Lupron at an outside institution.

He reports he is feeling well.  No particular complaints.  No GI or GU issues.

Cumulative dose:  900 cGy.
**PHYSICAL EXAMINATION:** Vital signs:  Stable.  Head and Neck:  Unremarkable.  No palpable lymph nodes.
Lungs:  Clear.  Heart:  Regular sinus rhythm.  Abdomen:  Benign.  He is neurologically nonfocal.

**IMPRESSION:** Mr. Stewart is starting radiation for Gleason 7 prostate cancer.  He is doing well.

**PLAN:** As the patient is well and stable, we will continue radiation as prescribed.

| Signature:<br>          Ron Allison, MD |
|---|

*RA*
*Electronically Signed 09/28/2021 07:32*

*Job No: 484992*

Sep/9/2021 2:36:00 PM                    IHA Urology 734 712 8111                    2/4

Stewart, Trace (MRN 103527878)

# Tissue exam

Status: Final result  Visible to patient: No (not released)

Order: 47904780

**Component**        2 yr ago

**Case Results**

SURGICAL PATHOLOGY

Collected: 01/18/19
Accession: JS-19-004368
Physician: SEMERJIAN,ALICE

PROCEDURE
  Prostate core biopsy.

HISTORY
  Prostate cancer.  Volume = 33. Elevated PSA.

GROSS
  A. "Right base." Two cores, up to 1.5 cm. All processed -
1
  cassette.
  B. "Left base." Two cores, up to 2.0 cm. All processed - 1
  cassette.
  C. "Right mid." Two cores, up to 1.5 cm. All processed - 1
  cassette.
  D. "Left mid." Two cores, up to 1.5 cm. All processed - 1
cassette.
  E. "Right apex." Two cores, up to 2.0 cm. All processed -
1
  cassette.
  F. "Left apex," Two cores,Up to 1.5 cm. All processed - 1
cassette.

DIAGNOSIS
  PROSTATE:  ADENOCARCINOMA

  Composite Gleason score: 3 + 4 = 7
       Extent of pattern 4: 20%
  Prognostic Grade Group: Group 2

  Composite tumor quantity:
       30% of biopsied tissue
       Maximum linear extent 13 mm
       11 of 12 cores positive
  Highest percent involvement of individual core: 80%, left
base
  Procedure type: Needle biopsy
  Histologic type: Conventional (acinar)

71200·050                    1-18-19                    MIL

Stewart, Trace (MRN 103527878)

Perineural invasion: Present (left base)
Intraductal carcinoma: Absent

Site-specific findings:
    Right base (A): Positive in 2 of 2 cores; 3 + 3 = 6
(Group 1)(1,1
    mm)
    Right mid (C): Positive in 1 of 2 cores; 3 + 4 = 7
(Group 2)(1
    mm)
    Right apex (E): Positive in 2 of 2 cores; 3 + 3 = 6
(Group 1)(4,2
    mm)
    Left base (B): Positive in 2 of 2 cores; 3 + 4 = 7
(Group
    2)(13,10 mm)
    Left mid (D): Positive in 2 of 2 cores; 3 + 4 = 7
(Group 2)(7,3
    mm)
    Left apex (F): Positive in 2 of 2 cores; 3 + 4 = 7
(Group 2)(10,8
    mm)


 MATTHEW WASCO, M.D.  (Electronic Signature) 01/21/19
 MJW/MJW



Resulting Agency   HISTORICAL TESTING LAB RESULTING AGENCY

Specimen Collected: 01/18/19 19:36        Last Resulted: 01/21/19 09:33

🗊 Order Details  ⤴ View Encounter  ⋓ Lab and Collection Details  🗗 Routing  🕘 Result History

**Result Care Coordination**
    ⚲ Patient Communication
    ☑ Not Released                          ✖ Not seen


## ⚲ MyChart Comments

    ☑ Not Released                          ✖ Not seen

### Collection Information
    Specimen ID:  17558782225

Stewart, Trace (MRN 103527878)

Collected:    1/18/2019 1936                    Resulting Agency: HISTORICAL TESTING LAB
                                                                 RESULTING AGENCY

## Official CAP/CLIA/Joint Commission Regulatory Result Report

Tissue exam (Order #47904780) on 1/18/19

## Lab Component SmartPhrase Guide

Tissue exam (Order #47904780) on 1/18/19

## Results Routing Details

| | |
|---|---|
| Order ID: | 47904780 |
| Result contact date: | 11/15/19 |
| Result status: | Final result |
| Outcome: | Result not sent |
| Resulting User: | Interface, Lab Results Conversion [INTF99334301] |
| Routing Instant: | Fri Nov 15, 2019 4:42 PM |
| Comments: | Message not sent because the TRIGGER_RESULTS_ROUTING profile variable is set to 0. |
| Current Status: | Routing Complete |
| Status History: | Result contact created Fri Nov 15, 2019 4:42 PM |
| | Routing Complete Fri Nov 15, 2019 4:42 PM |

**CONSULTATION REPORT**

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

| **Name:**   STEWART, TRACE ROD | |
|---|---|
| **Reg. #:**   71200-050 | **Referred By:** BUTNER FCI |
| **DOB:**      06/25/1969 | **Attending:** ALLISON, RON |

| Followup Note. | | |
|---|---|---|
| Date of Visit:<br>09/02/2021 | Dictation Received:<br>09/02/2021 | Dictation Transcribed:<br>09/02/2021 |

**Sensitive but Unclassified**

**FOLLOWUP NOTE**

Mr. Stewart is seen today for followup.
I had consulted him on 07/30/2021 by teleconference concerning his prostate cancer.
He had Gleason 7 disease with PSA of 62.9 and was counseled concerning potential treatment  options and chose to undergo combination of Lupron and radiation.

A Lupron 45 mg Depot was delivered, and then the patient was just transferred to the FMC to start radiation therapy.
I am seeing him today again to review his diagnosis and treatment options in person.
**PHYSICAL EXAMINATION:** Vital signs:  Stable.  Head and Neck:  Unremarkable.  No palpable lymph nodes.
Lungs:  Clear.  Heart:  Regular sinus rhythm.  Abdomen:  Benign.  He is neurologically nonfocal.  Digital exam:  Firm prostate.

**IMPRESSION:** This is a 52-year-old gentleman with Gleason 7 prostate cancer, PSA 62.9, metastatic workup negative.

**PLAN:** I have reviewed with him again the treatment options available for his prostate cancer as well as no further intervention.  He still wishes to pursue the combination of Lupron and radiation, which he had consented for previously.  I again reviewed with him the role and rationale of radiation and Lupron, our actual treatment procedure and the acute and chronic complications, both remote and expected.  He had several additional questions which were answered to his satisfaction. The patient agrees to initiate radiation therapy and we will bring him down shortly for radiation treatment planning. I will keep you posted of his progress.

| Signature: |
|---|
| Ron Allison, MD |

*RA*
*Electronically Signed 09/03/2021 07:45*

*Job No: 466563*

## CONSULTATION REPORT

### U.S. DEPARTMENT OF JUSTICE         FEDERAL BUREAU OF PRISONS

| **Name:** Stewart, Trace Rod <br> **Reg. #:** 71200-050 <br> **DOB:** 06/25/1969 | **Referred By:** BUTNER FCI <br> **Attending:** ALLISON, RON |
|---|---|

| CHIEF COMPLAINT: "I have prostate cancer. What are my options?" | | |
|---|---|---|
| Date of Visit: <br> 07/30/2021 | Dictation Received: <br> 07/30/2021 | Dictation Transcribed: <br> 07/30/2021 |

**Sensitive but Unclassified**

## CONSULTATION

Mr. Stewart is seen today for consultation.

**HISTORY OF PRESENT ILLNESS:** This 52-year-old gentleman was found to have dysuria and an elevated PSA of 49 at the end of 2018. These did not respond to conservative management. As such, the patient was counseled in options and chose to undergo transrectal ultrasound-guided biopsy of the prostate. This revealed Gleason 7 disease. Extent of disease workup was undertaken, including CT scan and bone scan, neither having obvious metastatic finding. The patient was subsequently seen by urology in New Jersey at a subsequent incarceration and reports repeat prostate biopsy several months ago. His PSA was 62.9. This pathology report is pending at this time. He was initiated on Lupron therapy and is seen today for consultation.

**PAST MEDICAL HISTORY:**
1. Hypertension.
2. Hyperlipidemia.
3. GERD.

**REVIEW OF SYSTEMS:** Twelve-system review of systems as per HPI.

**ALLERGIES:** None reported.

**PRIOR RADIATION:** None reported.

**PRIOR CHEMOTHERAPY:** He has had 90 days of Lupron therapy.

**IMPLANTABLE DEVICE:** None reported.

**PAIN:** None reported.

**SOCIAL HISTORY:** Former smoker. Social drinker.

**FAMILY HISTORY:** Prostate cancer reported from his father.

**MEDICATIONS:** Please see chart.

**LABORATORY STUDIES:** PSA 62.9.

**DIAGNOSTIC STUDIES:** Bone scan and pelvic CT reported as without metastatic finding.

**PHYSICAL EXAMINATION:** Vital signs: Stable. Head and neck: Unremarkable. No palpable lymph nodes. Lungs: Clear. Heart: Regular sinus rhythm. Abdomen: Benign. He is neurologically nonfocal. No Bone pain. Digital exam firm prostate.

**IMPRESSION:** This is a 52-year-old gentleman with Gleason 7 prostate cancer, PSA 62.9, started on Lupron therapy.

**PLAN:** I have reviewed his diagnostic studies, charting, and pathology.  His case has been reviewed in tumor board. I am seeing him alone for consultation.

We will obtain the results of his most recent prostate biopsy.  However, the patient has been initiated on Lupron so we will not repeat bone scan, the first of  which was negative. He has no bone pain.  I have reviewed with the patient the natural history of prostate cancer. I have reviewed with him treatment options available for this as well as no further intervention. The patient was most interested in pursuing a course of therapy that could minimize clinical progression of disease. I explained to him the concept of a watch and wait approach, an approach by surgery, an approach by radiation, and the continued use of hormonal blockade, either alone or in combination.  The patient does not wish to pursue watch and wait or active surveillance.  He does not want surgery. I then detailed him on the role and rationale of radiation, our actual treatment procedure, and the acute and chronic complications, both remote and expected.  The potential benefits and consequences of additional Lupron therapy were also described.  Morbidity associated with this combined approach include hot flushes, sexual dysfunction, loss of hair in the treatment region, skin reaction and skin injury, bladder frequency and bladder injury, rectal frequency and rectal injury, injury to the normal muscles, nerves, vessels, bones, and other organs of the pelvic region. The patient was knowledgeable concerning his diagnosis and treatment options.  He wishes to pursue the combination of radiation and Lupron therapy.  After all, questions were answered, informed consent was obtained.

The patient has been originally initiated at an outside institution on Lupron; we will continue this for a cumulative 18 months. Given that he has been on Lupron for  90 days, we will not repeat bone scan.  We will obtain his recent path report from a second biopsy and also obtain repeat PSA.  I will deliver intensity-modulated radiation therapy to the prostate, seminal vesicles and draining lymphatics of the pelvis.  We will keep you posted of his progress and truly appreciate you allowing me to consult in his care.

Signature:
___Ron Allison, MD_____

*RA*
*Electronically Signed 08/02/2021 07:40*

*Job No: 223599*

Trace Of

Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Legal Mail

Judith E. Levy US District Judge
Federal Building
200 East Liberty Street, Room 120
Ann Arbor MI, 48104

U.S.

Mail 11-19-21

RECEIVED
DEC 0 2 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

Legal Mail

FEDERAL MEDICAL CENTER
P.O. BOX 1600
BUTNER, NORTH CAROLINA 27509

DATE: 11-19-21

"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing
procedures for forwarding to you. The letter has been
neither opened or inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification. If the writer encloses correspondence for
forwarding to another address, please return the enclosed
to the above address.