UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,        Case No. 17-cr-20756

v.                                   Judith E. Levy
                                   United States District Judge

Trace Rod Stewart,

               Defendant.

_____/

**ORDER DENYING WITHOUT PREJUDICE THE GOVERNMENT'S MOTION TO FILE EXHIBITS UNDER SEAL [34]**

Before the Court is the Government's motion for leave to seal Exhibits 5, 6, and 7 to its response opposing Defendant's motion for compassionate release. (ECF No. 34.) The Government has not yet filed its response opposing Defendant's motion for Compassionate Release. (ECF No. 32.)

"There is a 'strong presumption in favor of open[ ]' judicial records." *Signature Mgmt. Team, LLC v. Doe*, 876 F.3d 831, 836 (6th Cir. 2017) (alteration in original) (quoting *Brown & Williamson Tobacco Corp. v. F.T.C.*, 710 F.2d 1165, 1179 (6th Cir. 1983)). Generally, "[o]nly the most

compelling reasons can justify non-disclosure of judicial records." *Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016) (citation omitted).

Here, the Government states that these three exhibits "contain sensitive personal information and the BOP medical records which contain confidential health information." (ECF No. 34, PageID.189.) However, the Government did not provide the documents in question, and the Court is unable to determine whether sealing is appropriate in this situation.

For the reasons set forth above, the Court DENIES WITHOUT PREJUDICE the Government's motion to file Exhibits 5, 6, and 7 under seal. (ECF No. 34.)

IT IS SO ORDERED.

Dated: June 11, 2024             s/Judith E. Levy  
Ann Arbor, Michigan          JUDITH E. LEVY  
                                           United States District Judge

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2024.

             s/William Barkholz
             WILLIAM BARKHOLZ
             Case Manager